USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-25

DANIEL DiMURO
DDIMURO@GRSM.COM
Admitted: NJ, PA & NY

**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM

ATTORNEYS AT LAW
290 W. MT. PLEASANT AVENUE, SUITE 3310
LIVINGSTON, NJ 07039
WWW.GRSM.COM

March 24, 2025

**VIA ECF**
The Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    **Kretschmer v. Wisdom Digital Media, Inc.**
            **1:24-cv-08783-LAK-OTW**

Dear Judge Wang:

    We represent Defendant Wisdom Digital Media, Inc. ("Defendant" or "WDM") in the above-referenced matter. This letter is to advise that a settlement has been reached between the parties. Counsel for WDM is currently preparing the draft settlement agreement and we expect to provide it to Plaintiff's counsel as soon as possible for Plaintiff's review and comment.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Daniel DiMuro*

DANIEL DIMURO

cc:    Counsel of Record via ECF

**MEMO ENDORSED**

The case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before April 25, 2025 if the settlement has not been consummated by then.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.
Dated: 3/25/2025